UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID GOYETTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No.  2:13-cr-166-GZS-1 |
| | ) | No.  2:16-cv-350-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 107) filed February, 15, 2017, the Recommended Decision is **AFFIRMED**.

1. It is hereby **ORDERED** that Petitioner's request for an extension of time and request for habeas relief under 28 U.S.C. § 2255 (ECF No. 102) is **DENIED**.

2. The Court **DENIES** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

     /s/ George Z. Singal_____
United States District Judge

Dated this 16th day of March, 2017.